KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

SEYFARTH SHAW LLP
James C. McGrath (*pro hac vice pending*)
William F. Benson (*pro hac vice pending*)
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210
Telephone: (617) 946-4800
Facsimile: (617) 946-4801
Email: jcmcgrath@seyfarth.com
Email: wbenson@seyfarth.com

Attorneys for Defendant General Motors LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERB HALLMAN CHEVROLET, INC. d.b.a. CHAMPION CHEVROLET,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No. 3:22-cv-00447-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND**<br><br>**(FIRST REQUEST)** |

Plaintiff Herb Hallman Chevrolet, Inc. d.b.a. Champion Chevrolet ("Champion") and defendant General Motors LLC ("GM") stipulate that the deadline for GM to respond to the Complaint be extended from October 18, 2022 to

November 1, 2022. This is the first extension sought in connection with this deadline.

This extension is requested to permit the recently retained counsel for GM sufficient time to investigate the allegations of the Complaint, which span over 150 separately-numbered paragraphs, and formulate GM's response.

| LAW OFFICES OF KENNETH E. LYON, III | KAEMPFER CROWELL |
|---|---|
| /s/ Kenneth E. Lyon, III, No. 7071<br>432 Court Street<br>Reno, Nevada 89501 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>50 West Liberty Street, Suite 700<br>Reno, Nevada 89501 |
| BASS SOX MERCER<br>Nicholas A. Bader<br>(*pro hac vice pending*)<br>Jeremiah Hawkes<br>(*pro hac vice pending*)<br>2822 Remington Green Circle<br>Tallahassee, Florida 32308 | SEYFARTH SHAW LLP<br>James C. McGrath<br>(*pro hac vice pending*)<br>William F. Benson<br>(*pro hac vice pending*)<br>Seaport East<br>Two Seaport Lane, Suite 1200<br>Boston, Massachusetts 02210 |
| Attorneys for Plaintiff Herb Hallman Chevrolet, Inc. dba Champion Chevrolet | Attorneys for Defendant General Motors LLC |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 13, 2022