KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

SEYFARTH SHAW LLP
James C. McGrath *(pro hac vice)*
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210
Telephone: (617) 946-4800
Facsimile: (617) 946-4801
Email: jcmcgrath@seyfarth.com

Attorneys for Defendant General Motors LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERB HALLMAN CHEVROLET, INC. d.b.a. CHAMPION CHEVROLET,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No. 3:22-cv-00447-MMD-CLB<br><br>**ORDER GRANTING DISASSOCIATION OF PRO HAC VICE ATTORNEY AND REQUEST TO REMOVE FROM ELECTRONIC SERVICE LIST** |

PLEASE TAKE NOTICE that attorney William F. Benson, admitted pro hac vice (ECF No. 13), is no longer associated with the law firm Seyfarth Shaw LLP and can be removed from the service list for this case.

1  Kaempfer Crowell attorneys Robert McCoy and Sihomara Graves, as
2  well as pro hac vice attorney James C. McGrath of Seyfarth Shaw LLP remain as
3  counsel for General Motors LLC.

KAEMPFER CROWELL

*signature*

Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
50 West Liberty Street, Suite 700
Reno, Nevada 89501

SEYFARTH SHAW LLP
James C. McGrath *(pro hac vice)*
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210

Attorneys for Defendant General Motors LLC

## ORDER

IT IS SO ORDERED.

*signature*

UNITED STATES MAGISTRATE JUDGE

DATED: May 12, 2025

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Kaempfer Crowell and I hereby certify that service of the **NOTICE OF DISASSOCIATION OF PRO HAC VICE ATTORNEY AND REQUEST TO REMOVE FROM ELECTRONIC SERVICE LIST** was made on today's date by submitting electronically for filing and service with the United States District Court for the District of Nevada through the PACER Electronic Filing System to the addressee(s) shown below:

| | |
|---|---|
| Kenneth E. Lyon, III, No. 7071<br>LAW OFFICES OF<br>KENNETH E. LYON, III<br>432 Court Street<br>Reno, Nevada 89501<br>ken@lyonlaw.net | Nicholas A. Bader *(pro hac vice)*<br>Jeremiah Hawkes *(pro hac vice)*<br>Andrew G. Thomas *(pro hac vice)*<br>BASS SOX MERCER<br>2822 Remington Green Circle<br>Tallahassee, Florida 32308<br>nbader@bsm-law.com<br>jhawkes@bsm-law.com<br>athomas@bsm-law.com |
| Attorney for Plaintiff Herb Hallman Chevrolet, Inc. d.b.a. Champion Chevrolet | Attorneys for Plaintiff Herb Hallman Chevrolet, Inc. d.b.a. Champion Chevrolet |

DATED May 12, 2025

/s/ Desiree Endres
Desiree Endres
An employee of Kaempfer Crowell