| | |
|---|---|
| LAW OFFICES OF KENNETH E. LYON, III<br>Kenneth E. Lyon, III, No. 7071<br>333 Flint Street<br>Reno, Nevada 89501<br>Telephone: (775) 786-4188<br>Facsimile: (775) 786-5573<br>Email: ken@lyonlaw.net<br><br>BASS SOX MERCER<br>Richard M. Sox *(pro hac vice)*<br>Nicholas A. Bader *(pro hac vice)*<br>Jeremiah Hawkes *(pro hac vice)*<br>Andrew Thomas *(pro hac vice)*<br>2822 Remington Green Circle<br>Tallahassee, Florida 32308<br>Telephone: (850) 878-6404<br>Facsimile: (850) 942-4869<br>Email: rsox@bsm-law.com<br>Email: nbader@bsm-law.com<br>Email: jhawkes@bsm-law.com<br>Email: athomas@bsm-law.com<br><br>Attorneys for Plaintiff Herb Hallman Chevrolet, Inc. | KAEMPFER CROWELL<br>Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>50 West Liberty Street, Suite 700<br>Reno, Nevada 89501<br>Telephone:  (775) 852-3900<br>Facsimile:  (775) 327-2011<br>Email: rmccoy@kcnvlaw.com<br>Email:  sgraves@kcnvlaw.com<br><br>SEYFARTH SHAW LLP<br>James C. McGrath *(pro hac vice)*<br>Seaport East<br>Two Seaport Lane, Suite 1200<br>Boston, Massachusetts 02210<br>Telephone: (617) 946-4800<br>Facsimile:  (617) 946-4801<br>Email:  jcmcgrath@seyfarth.com<br><br>Attorneys for Defendant General Motors LLC |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERB HALLMAN CHEVROLET, INC. d.b.a. CHAMPION CHEVROLET,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No. 3:22-cv-00447-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action shall be and hereby is dismissed with prejudice and without costs to either party and all

rights of appeal waived. Each party shall bear its own attorney's fees and other litigation expenses.

Dated August 11, 2025.

| BASS SOX MERCER | KAEMPFER CROWELL |
|---|---|
| */s/ Nicholas A. Bader* | */s/ Robert McCoy* |
| Nicholas A. Bader *(pro hac vice)* | Robert McCoy, No. 9121 |
| Jeremiah Hawkes *(pro hac vice)* | Sihomara L. Graves, No. 13239 |
| Andrew G. Thomas *(pro hac vice)* | 50 West Liberty Street, Suite 700 |
| 2822 Remington Green Circle | Reno, Nevada 89501 |
| Tallahassee, Florida 32308 | |
| | SEYFARTH SHAW LLP |
| LAW OFFICES OF | James C. McGrath *(pro hac vice)* |
| KENNETH E. LYON, III | Seaport East |
| Kenneth E. Lyon, III, No. 7071 | Two Seaport Lane, Suite 1200 |
| 432 Court Street | Boston, Massachusetts 02210 |
| Reno, Nevada 89501 | |
| | Attorneys for Defendant General Motors LLC |
| Attorneys for Plaintiff Herb Hallman Chevrolet, Inc. d.b.a. Champion Chevrolet | |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED: **August 11, 2025**